UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| JANE DOE #1, JANE DOE #2, JANE DOE #3, ) | 3:04-CV-0214-ECR-RAM | |
| JANE DOE #4, SALLY DOE #1, JOHN DOE #1, ) | | |
| JOHN DOE #2, and JAMES ROE #1, ) | MINUTES OF THE COURT | |
| ) | | |
| Plaintiffs, ) | DATE: APRIL 10, 2007 | |
| ) | | |
| vs. ) | | |
| ) | | |
| DENNIS BALAAM, Washoe County Sheriff, ) | | |
| in both his individual and official ) | | |
| capacities, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

MINUTE ORDER IN CHAMBERS

     On March 23, 2007, the Magistrate Judge filed his Report and
Recommendation (#45), recommending that the claims of Plaintiff Jane Doe #4
be dismissed with prejudice.  No objections were timely filed.  The Report
and Recommendation (#45) is well taken and is **APPROVED** and **ADOPTED**.

     **IT IS, THEREFORE, HEREBY ORDERED** that the claims of Jane Doe #4 are
**DISMISSED** with prejudice.

                                        LANCE S. WILSON, CLERK

                                        By _____/s/_____
                                             Deputy Clerk