```
 1   RICHARD A. GAMMICK
     Washoe County District Attorney
 2   Brian M. Brown
     Deputy District Attorney
 3   Nevada State Bar Number 5233
     P. O. Box 30083
 4   Reno, NV   89520-3083
     (775) 337-5700
 5   ATTORNEY FOR DEFENDANTS

 6              UNITED STATES DISTRICT COURT

 7                  DISTRICT OF NEVADA

 8                       * * *

 9   JANE DOE #1, JANE DOE #2, JANE DOE
     #3, JANE DOE #4, SALLY DOE #1, JOHN
10   DOE #1, JOHN DOE #2 and JAMES ROE          3:04-CV-314-RAM
     #1,
11
                Plaintiffs,
12                                        MOTION TO SEAL REPLY TO
          vs.                             OPPOSITION TO MOTION
13                                        FOR SUMMARY JUDGMENT
     DENNIS BALAAM, Washoe County
14   Sheriff, in both his individual and
     official capacities; WASHOE COUNTY,
15   a political subdivision of the State
     of Nevada; CHARAL McMILLAN, Reno
16   Police Officer, in both her
     individual and official capacities;
17   and DOES 2-50; RED and WHITE
     GOVERNMENT/MUNICIPAL/COUNTY ENTITIES
18   1-10; and SILVER AND BLUE
     CORPORATIONS 1-10,
19
                Defendants.
20   _____/

21

22        COME NOW Defendants, Sheriff Dennis Balaam and Washoe

23   County, a political subdivision of the State of Nevada, by and

24   through their attorney of record, Brian M. Brown, Deputy

25   District Attorney, and hereby requests the Court to seal the

26   Defendant's Reply to Opposition to Motion for Summary Judgment

                           -1-
```

1  together with attached Exhibits A through F.  The Exhibits

2  contain personal and identifying information regarding

3  Plaintiff, James Roe.

4       Dated this 12th day of October, 2007.

5                                RICHARD A. GAMMICK
                                 District Attorney

6

7                                By ___/s/ Brian M. Brown_____
                                   BRIAN M. BROWN
8                                  Deputy District Attorney
                                   P. O. Box 30083
9                                  Reno, NV  89520-3083
                                   (775) 337-5700
10
                                 ATTORNEYS FOR DEFENDANTS
11

12      IT IS SO ORDERED.

13      Dated this ___12th___ day of October, 2007.

14

15                                _____

16  _____ UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

-2-

Case 3:04-cv-00212-RAM Document 779 Filed 10/12/2007 Page 3 of 4

1                CERTIFICATE OF SERVICE

2     Pursuant to FRCP 5(b), I certify that I am an employee of

3 the Office of the District Attorney of Washoe County, over the

4 age of 21 years and not a party to nor interested in the within

5 action.  I certify that on this date a true and correct copy of

6 the foregoing MOTION TO SEAL REPLY TO OPPOSITION TO MOTION FOR

7 SUMMARY JUDGMENT  was electronically mailed to the following:

8
Brian O. O'Mara, Esq.

9 brian@omaralaw.net,val@omaralaw.net

10     Dated this 12th day of October, 2007.

11

12

13                      /s/ Michelle Foster

                     MICHELLE FOSTER

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26